# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-11236
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WILLIAM CLAYTON SHEHANE,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CR-122-1

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent William Clayton Shehane has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Shehane has filed a response, seeking appointment of counsel to assist with his *Anders* response and with the appeal. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-11236

as Shehane's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Shehane's request for appointment of new counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.